IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:22cr142 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| LARAMIE LAWSON | : | |
| Defendant. | : | |

### PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 2/21/2023 |
| Jury Trial Date | Tuesday, 3/21/2023 |
| Final Pretrial Conference (by telephone) | Tuesday, 3/14/2023 at 4:30 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 3/1/2023 |
|     Other Motions | 3/8/2023 |
| Discovery Cut-off (all discovery must be furnished by this date) | 3/10/2023 |
| Speedy Trial Deadline | 3/21/20232 (waived by Defendant's oral and written motion to continue trial date and agreement to 3/21/2023 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 United States Code § 3161 et seq. |
| Discovery out – Plaintiff to Defendant | done |

February 21, 2023

*/s/ Walter H. Rice*    (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE