# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,  :  Case No. 3:22-cr-142
              Civil Case No. 3:24-cv-00003

              District Judge Walter H. Rice
 - vs -         Magistrate Judge Michael R. Merz

LARAMIE LAWSON,

      Defendant.  :

## ORDER

  This criminal case is before the Court on Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 38). On Order of District Judge Walter H. Rice (ECF No. 39), the United States has filed an Opposition to the Motion (ECF No. 43). Noting that Defendant had not filed a reply in support, the undersigned filed a Report and Recommendations recommending denial of the Motion to Vacate (ECF No. 45).

  Defendant received the Report and today has filed a motion for extension of time to object (ECF No. 46). In the course of that Motion, he reports that he has not received the Government's Answer. Upon inquiry at the United States Attorney's Office, the Magistrate Judge was advised that the Answer had been sent by ordinary mail and had not been returned. That Office advised they would re-send the Answer by certified mail.

  To ensure that Defendant has a full opportunity to respond, it is hereby ORDERED:

1

1. That the Report be, and hereby is, WITHDRAWN;

2. That the United States file with the Court proof of receipt of the Answer by Defendant;

3. Defendant's time to file a reply to the answer is set at thirty days from his receipt of the Answer; and

4. Defendant's Motion for Extension of time to object is denied as moot.

May 28, 2024.

s/ *Michael R. Merz*<br>United States Magistrate Judge