IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:22-cr-142 |
| | | Civil Case No. 3:24cv00003 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| | : | |
| vs. | | |
| | : | |
| LARAMIE LAWSON | | |
| | : | |
| Defendant. | | |

---

**DECISION AND ENTRY AFFIRMING DECISION AND ORDER OF UNITED STATES MAGISTRATE JUDGE DENYING DEFENDANT'S THIRD MOTION FOR LEAVE TO SUPPLEMENT HIS MOTION TO VACATE UNDER 28 U.S.C. §2255 (DOC. NO. 57); DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, DENYING DEFENDANT'S MOTION TO VACATE PURSUANT TO 28 U.S.C. §2255 (DOC. NOS. 65 & 57); JUDGMENT TO ENTER IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT HEREIN; ANTICIPATED MOTION FOR CERTIFICATE OF APPEALABILITY DENIED; APPEAL DEEMED OBJECTIVELY FRIVOLOUS; TERMINATION ENTRY**

---

Pursuant to the reasoning and citations of authorities set forth in the Magistrate Judge's Decision and Order denying Defendant's Third Motion for Leave to Supplement his Motion to Vacate under 28 U.S.C. §2255 (Doc. No. 57), as well as a thorough review of the applicable law and this Court's file, the Decision and Order of the Magistrate Judge is Affirmed/Adopted. In addition to the above, this Court notes that Defendant filed no objection to this order of the Magistrate Judge.

Having ruled as above with regard to Defendant's Third Motion for Leave to Supplement his Motion to Vacate, the Court turns its attention to the Magistrate Judge's Report and

Recommendations (Doc. No. 65), recommending that the Defendant's Motion to Vacate pursuant to 28 U.S.C. §2255 be denied. Based upon reasoning and citations of authority by the United States Magistrate Judge, as well as upon a thorough review of the applicable law and this Court's file, this Court adopts said Report and Recommendations in their entirety, thus denying Defendant's Motion to Vacate and Adopting the Magistrate Judge's Report and Recommendations. In addition to the above, this Court notes that no objections have been filed by the Defendant, within the time limit set by law.

Judgment shall enter in favor of the Government/Plaintiff and against Defendant herein. Because reasonable jurists would not disagree with this conclusion, Defendant is denied a Certificate of Appealability. Moreover, the Court certifies to the Sixth Circuit that any appeal from this order would be objectively frivolous. Defendant, accordingly, should not be permitted to proceed *in forma pauperis*.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**IT IS SO ORDERED.**

Date: 2-11-25

WALTER H. RICE
**UNITED STATES DISTRICT JUDGE**